UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RUDOLPH P. ROTHWELL JR,
    Plaintiff,

v.

                              Case Number 4:05-CV-00012-RRB

JO ANNE B. BARNHART,
Commissioner of Social
Security,
    Defendant.              **JUDGMENT IN A CIVIL CASE**

\_ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT this action is REMANDED to the Social Security Administration for further administrative hearings to resolve outstanding issues.

Attorney fees in the amount of $$10,933.13 shall be paid to plaintiff's counsel
APPROVED:    as directed at docket 20.

s/RALPH R. BEISTLINE
RALPH R. BEISTLINE
United States District Judge

Date: February 1, 2008

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

Ida Romack, Clerk of Court

[]{JMT2.WPT*Rev.3/03}